# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-2863

_____

SIGFREDO GARCIA,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

February 7, 2024

PER CURIAM.

The petition fails to state a basis for relief.

DISMISSED.

BILBREY, WINOKUR, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Sigfredo Garcia, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.